UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

JS-6

| Case No. | **5:20-cv-02275-MCS-KK** | Date | May 4, 2021 |
|---|---|---|---|
| Title | **_Shamon v. Lexicon Consulting, Inc._** | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: STIPULATION TO STAY CASE PENDING ARBITRATION (ECF NO. 19) (JS-6)**

Pursuant to the parties' stipulation to stay this case pending arbitration of Plaintiff Athir Shamon's individual claims, (Stip., ECF No. 19), the Court stays the action. 9 U.S.C. § 3.

For recordkeeping purposes, the Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court.

The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally, the parties must notify the Court within seven days of the conclusion of arbitration proceedings.

**IT IS SO ORDERED.**