Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Katherine J. Odenbreit (SBN: 184619)
kodenbreit@mahoney-law.net
**MAHONEY LAW GROUP**
249 East Ocean Boulevard, Suite 814
Long Beach, CA  90802
Telephone No.: (562) 590-5550
Facsimile No.: (562) 590-8400

Attorneys for Plaintiff ATHIR SHAMON, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| ATHIR SHAMON, an individual, | Case No.: 20-cv-02275-MCS-KK |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL** |
| v. | Assigned for All Purposes to: |
| | Hon. Mark C. Scarsi, Courtroom 7C |
| LEXICON CONSULTING, INC., , and DOES 1 through 10, inclusive, | Complaint Filed: October 30, 2020 |
| | Trial Date:        None Yet Set |
| Defendants. | |

**TO THE HONORABLE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ATHIR SHAMON ("Plaintiff"), hereby requests the Court dismiss this action with without prejudice.

This matter was originally filed as a putative collective action pursuant to the Fair Labor Standards Act ("FLSA") on October 30, 2021. (ECF Dkt. No. 1.) On April 30, 2021, the Parties filed a Stipulation to submit the matter to arbitration and stay the case. (ECF Dkt. No. 19.) On May 4, 2021, the Court issued an order staying the case pending the outcome of arbitration. (ECF Dkt. No. 21.)

The Plaintiff and Defendant have reached a settlement of Mr. Shamon's individual claims. Therefore, Plaintiff is requesting this matter be dismissed with prejudice.

.

Dated: January 6, 2022

**MAHONEY LAW GROUP, APC**

By: _____

Kevin Mahoney, Esq.

Katherine J. Odenbreit, Esq.

Attorneys for Plaintiff ATHIR SHAMON